# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY T. ZGURO,<br>　　　　Plaintiff,<br>　v.<br>THEODORE W. JOHNSON AND SUPERINTENDENT THOMAS MCGINLEY,<br>　　　　Defendants. | No. 1:20-CV-01301<br><br>(Judge Rambo) |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 17) is **GRANTED**;

2. Plaintiff's amended complaint (Doc. 4) is **DISMISSED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　S/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 27, 2021